STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

James Louis Daniels
Attorney at Law
110 E. Kaliste Saloom, Ste 210
Lafayette LA 70508


REHEARING ACTION: December 26, 2012


Docket Number: 12   00333-WCA

JERRY NOE
VERSUS
BASILE POLICE DEPARTMENT, ET AL.

Appealed from Office of Workers' Compensation - # 4 Case No. 10-05387


BEFORE JUDGES:

   Hon. Sylvia R. Cooks
   Hon. Marc T. Amy
   Hon. Phyllis M. Keaty



As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jerry Noe** has this day been

   **DENIED.**






cc: Christopher Richard Philipp, Counsel for the Appellee